UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VITALY PILKIN, *et al.*,

    *Plaintiffs*,

  v.

SONY INTERACTIVE ENTERTAINMENT, LLC, *et al.*,

    *Defendants*.

Civil Action No. 17-2501 (RDM)

## ORDER

On November 13, 2017, Vitaly Pilkin and Vladimir Miroshnichenko, proceeding *pro se*, filed a 152-page single-spaced complaint asserting claims against Sony Entertainment LLC, Sony Corporation, the law firm Hogan Lovells LLP, the United States Department of Justice, and Attorney General Jefferson Sessions.  Dkt. 1 at 1, 3.  The Court previously dismissed their claims against the Department of Justice and Attorney General Sessions for lack of subject matter jurisdiction.  Dkt. 8.  As this Court noted in its previous order, despite the length of the complaint, it is difficult to discern Plaintiffs' theory (or theories) of relief.  *Id.* at 1.

Federal Rule of Civil Procedure 8(a) requires any pleading, including a complaint, to contain a "short and plain statement" that explains why the Court has jurisdiction and a "short and plain statement" that explains why the Plaintiffs are entitled to relief.  The complaint must be sufficient to "give the defendant[s] notice of what the . . . claim is and the grounds upon which it rests."  *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 545 (2007) (internal quotation marks and citation omitted).  Rule 8(d) further provides that "[e]ach allegation must be simple, concise, and direct."  Fed. R. Civ. P. 8(d).  If a complaint does not satisfy the requirements of Rule 8, a court

may dismiss it.  *See Ciralsky v. CIA*, 355 F.3d 661, 668–69 (D.C. Cir. 2004) (finding no abuse of discretion where a district court dismissed a claim without prejudice for failure to comply with Rule 8(a)).

Accordingly, Plaintiffs are hereby **ORDERED** to show cause on or before April 30, 2018, why their complaint should not be dismissed for failure to comply with Rule 8.  In the alternative, Plaintiffs may file an amended complaint that satisfied the requirements of Rule 8 on or before April 30, 2018.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  April 5, 2018