IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITALY PILKIN<br><br>       *Plaintiff*,<br><br>   vs.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC, et al.,<br><br>       *Defendants*. | Civil Action No. 1:17 - 2501 (RDM) |

VITALY PILKIN'S MOTION TO

EXTEND DEADLINE FOR FILING MOTION FOR SUBSTITUTION

OF THE PROPER PARTY

In accordance with Rule 25(a)(1), if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Plaintiff Vitaly Pilkin hereby moves for an enlargement of time, until and including October 23, 2018, for filing a motion for substitution of the proper party.

In support of this motion, Plaintiff Vitaly Pilkin states as follows:

1. November 13, 2017: Vitaly Pilkin and Vladimir Miroshnichenko, *in forma pauperis* Plaintiffs, filed original complaint. *See* Dkt.1.

2. April 23, 2018: Vladimir Miroshnichenko died. *See* Exhibit A (copy of certificate of death of Vladimir Miroshnichenko with English translation) to the present motion.

3. May 1, 2018: Plaintiff Vitaly Pilkin filed statement noting the party's death. *See* Dkt.13.

4. April 29, 2015: Vladimir Miroshnichenko made the following will: from my property all the rights to the results of intellectual activity (other than the right of authorship and the right to a name), which I shall belong to the day of my death, whatever they are and wherever they may be, I BEQUEATH to Pilkin Vitaly Evgenievich, December 31, 1959 of birth. In accordance

1

with Art. 1134 of the Civil Code of the Russian Federation, I appoint Pilkin Vitaly Evgenievich, December 31, 1959 of birth, to be the executor of the will (executor). In accordance with Art. 1267 of the Civil Code of the Russian Federation I entrust the protection of my authorship, my name as an author to the results of my intellectual activity and the inviolability of works after my death, to Pilkin Vitaly Evgenievich, December 31, 1959 of birth. *See* Exhibit B (copy of Vladimir Miroshnichenko's testament with English translation) to the present motion.

5. In accordance with Article 1113 of the Civil Code of the Russian Federation, the inheritance is opened with the death of a citizen. Thus, the inheritance has been opened with the death of Vladimir Miroshnichenko, i.e. April 23, 2018.

6. In accordance with Article 1154 of the Civil Code of the Russian Federation, the legacy can be taken within six months from the date of opening the inheritance. Thus, the legacy can be taken within October 23, 2018.

In light of the foregoing, Plaintiff Vitaly Pilkin hereby respectfully requests an enlargement of time, until and including October 23, 2018, for filing a motion for substitution of the proper party.

Under penalty of perjury, I declare that the information given in this motion is true and correct. Executed on July 18, 2018.

Respectfully submitted,

Vitaly Pilkin

Plaintiff *Pro Se*

1/1, Vereskovaya Street, apartment 111,
Moscow, 129329,
Russian Federation,
Phone: +79852225545.
E-mail: vitalypilkin@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that, on July 18, 2018, I electronically filed the foregoing with the United States District Court for the District of Columbia by using the CM/ECF system and emailed a copy of the foregoing to the Served Defendants Hogan Lovells US LLP at peter.bisio@hoganlovells.com and kirti.datla@hoganlovells.com and Sony Interactive Entertainment LLC at psechler@robbinsrussell.com and alavinbuk@robbinsrussell.com

Date: July 18, 2018

    Vitaly Pilkin

    Plaintiff *Pro Se*

1/1, Vereskovaya Street, apartment 111,
Moscow, 129329,
Russian Federation,
Phone: +79852225545.
E-mail: vitalypilkin@gmail.com

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITALY PILKIN, et al.,<br>    *Plaintiffs*,<br>  vs.<br>SONY INTERACTIVE ENTERTAINMENT LLC, et al.,<br>    *Defendants*. | Civil Action No. 1:17 - 2501 (RDM) |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff Vitaly Pilkin's motion to extend deadline for filing motion for substitution of the proper party, it is

**HEREBY ORDERED** that Plaintiff Vitaly Pilkin's motion is **GRANTED**.

**SO ORDERED**.


Date: _____       _____

                                                                             RANDOLPH D. MOSS

                                                                             United States District Judge