UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITALY PILKIN,<br><br>   *Plaintiff*,<br><br> v.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC, *et al.*,<br><br>   *Defendants*. | Civil Action No. 17-2501 (RDM) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendant Sony Interactive Entertainment's motion to dismiss, Dkt. 25, is **GRANTED**.

  **SO ORDERED**.

                /s/ Randolph D. Moss
                RANDOLPH D. MOSS
                United States District Judge

Date:  January 16, 2019